UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| KEVIN ICKE, | ) Case No.1:08-cv-2181 |
|     Plaintiff, | ) |
| | ) |
|  -vs- | ) **O R D E R** |
| | ) |
| ADVANSTAR COMMUNICATIONS INC., | ) |
| | ) Judge Christopher A. Boyko |
|     Defendant, | ) |
| | ) |

      On November 6, 2008, Defendant United of Omaha Life Insurance Company filed a Motion to Dismiss pursuant to Rule12(b)(6). (Dkt. # 8).  The case was referred to Magistrate Judge Nancy A. Vecchiarelli pursuant to Fed.Civ.P. 72.a. (Dkt. # 22).  On March 26, 2009, the Magistrate Judge recommended that Defendant's Motion to Dismiss be granted. (Dkt. # 23).

      FED. R. CIV.P. 72(b) provides that objections to a Report and Recommendation must be filed within ten (10) days after service, but Plaintiff has failed to timely file any such objections.  Therefore, the Court must assume that Plaintiff is satisfied with the Magistrate Judge's recommendation.  Any further review by this Court would be a duplicative and inefficient use of the Court's limited resources. Thomas v. Arn, 728 F.2d 813 (6th Cir. 1984), aff'd, 474 U.S. 140 (1985); Howard v. Secretary of Health and Human Services, 932 F.2d 505 (6th Cir. 1991); United States v. Walters, 638 F.2d 947 (6th Cir.1981).

Therefore, Magistrate Judge Vecchiarelli's Report and Recommendation is **ADOPTED** and Defendant's Motion to Dismiss (Dkt. # 8) is **GRANTED**.  All claims against Defendant United of Omaha Life Insurance Company are dismissed.

IT IS SO ORDERED.

Dated: April 15, 2009

 S/Christopher A. Boyko
CHRISTOPHER A. BOYKO
UNITED STATES DISTRICT JUDGE